IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01229-MSK-BNB

AMERICAN HOUSING PRESERVATION CORPORATION,

Plaintiff,

v.

ALFRED BLUM,
STEVEN SHRAIBERG,
CHEYENNE STATION COMPANY,
GREELEY MEADOWS COMPANY,
CANON CLUB COMPANY,
PARK WEST APARTMENT COMPANY, and
VILLAGE GARDENS COMPANY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate The Scheduling Conference Set for October 14, 2005** (the "Motion"), filed on September 30, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for October 14, 2005, is **vacated and reset to November 2, 2005, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **October 26, 2005**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  October 3, 2005