IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01229-MSK-BNB

AMERICAN HOUSING PRESERVATION CORPORATION,
PM HOUSING LP,
PW HOUSING LP,
VG HOUSING LP,
STATION HOUSING LP, and
CC HOUSING LP,

Plaintiffs,

v.

ALFRED BLUM,
STEVEN SHRAIBERG,
CHEYENNE STATION COMPANY,
GREELEY MEADOWS COMPANY,
CANON CLUB COMPANY,
PARK WEST APARTMENT COMPANY, and
VILLAGE GARDENS COMPANY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to File Third Amended Complaint and Incorporated Memorandum of Law** (the "Motion to Amend"), filed on December 30, 2005.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Third Amended Complaint and Jury Demand submitted with the Motion to Amend.

Dated January 4, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge