IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01229-MSK-BNB

AMERICAN HOUSING PRESERVATION CORPORATION,
PM HOUSING LP,
PW HOUSING LP,
VG HOUSING LP,
STATION HOUSING LP, and
CC HOUSING LP,

        Plaintiffs,

v.

ALFRED BLUM,
STEVEN SHRAIBERG,
CHEYENNE STATION COMPANY,
GREELEY MEADOWS COMPANY,
CANON CLUB COMPANY,
PARK WEST APARTMENT COMPANY, and
VILLAGE GARDENS COMPANY,

        Defendants.

## ORDER DIRECTING RESPONSE TO NOTICE

THIS MATTER comes before the Court on the Plaintiffs' Notice of Lack of Subject Matter Jurisdiction **(#49)**.

**IT IS ORDERED** that the Defendants shall respond to this Notice on or before March

`Case 1:05-cv-01229-MSK-BNB   Document 50   Filed 03/03/06   USDC Colorado   Page 2 of 2`

15, 2006.

Dated this 3rd day of March, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge