IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01229-MSK-BNB

AMERICAN HOUSING PRESERVATION CORPORATION,
PM HOUSING LP,
PW HOUSING LP,
VG HOUSING LP,
STATION HOUSING LP, and
CC HOUSING LP,

        Plaintiffs,

v.

ALFRED BLUM,
STEVEN SHRAIBERG,
CHEYENNE STATION COMPANY,
GREELEY MEADOWS COMPANY,
CANON CLUB COMPANY,
PARK WEST APARTMENT COMPANY, and
VILLAGE GARDENS COMPANY,

        Defendants.

## ORDER DISMISSING CASE, WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Plaintiffs' Notice of Lack of Subject Matter Jurisdiction **(#49)**. They contend that their claims must be dismissed, without prejudice, because they destroyed the Court's diversity jurisdiction through the filing of a Third Amended Complaint.

The Court ordered the Defendants to respond to such notice by March 15, 2006. Instead of filing a response, the Defendants have filed a Motion to Dismiss and for Attorney Fees **(#51)**. The Defendants assert that if the Court dismisses the Plaintiffs' claims pursuant to Fed. R. Civ. P.

12(b), then an award of attorney fees is mandatory under Colorado law.

The parties agree that the Court lacks subject matter jurisdiction over the Plaintiffs' claims. Therefore, the Court dismisses the Plaintiffs' claims pursuant to their Notice, rather than pursuant to the Motion to Dismiss.

**IT IS THEREFORE ORDERED** that pursuant to the Plaintiffs' Notice, the Plaintiffs' claims are dismissed, without prejudice. The Defendants' Motion to Dismiss and for Attorney Fees **(#51)** is **DENIED,** as moot. The Clerk of Court is directed to close this case.

Dated this 16th day of March, 2006

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge